JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARC S. KIRSCHNER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>  Plaintiff,<br>v.<br><br>TIMOTHY L. BLIXSETH<br><br>  Defendant. | Case No. cv-11-08283 GAF (SPx)<br><br>**FINAL JUDGMENT**<br><br>Judge: Hon. Gary Allen Fees<br>Date:  (No Hearing Set)<br>Time:  (No Hearing Set) |

This action having come before the Court pursuant to the parties' cross-motions for summary judgment, and the Court having determined to grant Plaintiff's motion for summary judgment and to deny Defendant's motion for summary judgment, now therefore,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's June 18, 2014 Order Re: Cross-Motion for Summary Judgment, Plaintiff, Brian A. Glasser, as Successor Trustee of the Yellowstone Club Liquidating Trust ("YCLT"), shall have and recover judgment against Defendant, Timothy L. Blixseth, in the amount of TWO HUNDRED NINETEEN MILLION EIGHT HUNDRED FIFTY THOUSAND SEVEN HUNDRED

EIGHTY-THREE AND 93/100'S DOLLARS ($219,850,783.93), which includes both principal and accrued pre-judgment interest through the date of this Final Judgment, together with post-judgment interest at the rate of 0.11% per annum on the full amount of the judgment, along with all costs of court.

DATED: June 24, 2014

**JS-6**

_____
Honorable Gary Allen Feess
United States District Judge